UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| DANNY SPROWLES )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Action No.<br>1:11-CV-59-JHM |

**ORDER**

The court has conducted a *de novo* review of the Magistrate Judge's report in light of the objections filed by the Commissioner and the record as a whole. The Magistrate Judge's report is adopted in part but not the findings and recommendation that the case be remanded for further proceedings.

The court finds that the decision of the Commissioner comports with the proper legal standards and is supported by substantial evidence. It is therefore ORDERED that the final decision of the Commissioner's decision is AFFIRMED.

Tendered by:
James H. Barr
Assistant U.S. Attorney
510 W. Broadway
Louisville, Ky.

Copies to: Counsel of record